IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KIMBERLY D.,[1]

    Plaintiff,

v.

NANCY A. BERRYHILL,
*Acting Commissioner of Social Security*,

    Defendant.

Civil Action No. 1:17-CV-032-C

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that the decision of the Commissioner be vacated and this case be remanded to the Administration for further consideration. The parties have failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the decision of the Commissioner is **VACATED** and the above-styled and -numbered civil action is **REMANDED** for further proceedings.

SO ORDERED this 1st day of March, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.